

**Service of Process Transmittal**
01/06/2022
CT Log Number 540839658

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SIKORSKI CLARA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment |
| **COURT/AGENCY:** | Bridgeport at Bridgeport Superior Court Housing Session Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 04/01/2021, at 702 SW 8th St., Bentonville, Arkansas 72716 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/06/2022 at 11:51 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after 02/15/2022 |
| **ATTORNEY(S) / SENDER(S):** | Brian Tetreault<br>Goff Law Group LLC<br>75 Brace Road<br>West Hartford, CT 06107<br>203-399-0000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/06/2022, Expected Purge Date: 01/11/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For Information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main St., Bridgeport, CT 06604 | ( 203 ) 579 - 6527 | February 15, 2022 |

| ☒ Judicial District   G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session   ☐ Number: ___ | Bridgeport | Major: T    Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Goff Law Group, LLC, 75 Brace Rd., West Hartford, CT 06107 | 438704 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 399 - 0000 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>efile@gofflawgroup.net |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: Clara Sikorski<br>Address: 204 New Haven Ave., Newtown, CT 06418 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: Wal_Mart Real Estate Business Trust<br>Address: 702 SW 8th St., Bentonville, AR 72716-6209 | D-01 |
| **Additional defendant** | Name: Wal-Mart Stores East, Inc.<br>Address: 702 SW 8th St., Bentonville, AR 72716-6209 | D-02 |
| **Additional defendant** | Name: Wal_Mart, Inc.   CT<br>Address: 702 SW 8th St., Bentonville, AR 72716-6209 | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 12/28/2021 | | ☐ Clerk | Brian Tetreault |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

☒ Print Form    Page 1 of 2    ☐ Reset Form

| | |
|---|---|
| **RETURN DATE: FEBRUARY 15, 2022** : | **SUPERIOR COURT** |
| : | |
| **CLARA SIKORSKI** : | **J.D. OF FAIRFIELD** |
| : | |
| **V.** : | **AT BRIDGEPORT** |
| : | |
| **WAL-MART REAL ESTATE BUSINESS TRUST** : | **DECEMBER 28, 2021** |
| **WALMART STORES EAST, INC.** | |
| **WALMART, INC.** | |

## COMPLAINT

1. At all times mentioned herein, the Plaintiff, Clara Sikorski, was and continues to be an individual person residing at 204 New Haven Ave., Newtown, CT 06418.

2. At all times mentioned herein, the Defendant, Wal-Mart Real Estate Business Trust, was a foreign corporation licensed to conduct business within the State of Connecticut, with a principal place of business at 702 SW 8th St., Bentonville, AR, 72716-6209.

3. At all times mentioned herein, the Defendant, Wal-Mart Stores East, Inc., was a foreign corporation licensed to conduct business within the State of Connecticut, with a principal place of business at 702 SW 8th St., Bentonville, AR, 72716-6209.

4. At all times mentioned herein, the Defendant, Wal-Mart, Inc. was a foreign corporation licensed to conduct business within the State of Connecticut, with a principal place of business at 702 SW 8th St., Bentonville, AR, 72716-6209.

5. At all times mentioned herein, Defendants controlled, possessed, managed and/or maintained the premises located at 150 Barnum Avenue Cut-Off, Stratford, Connecticut (hereinafter the "Premises").

6. At all times mentioned herein, the Defendants and/or their agents, servants, and/or employees were responsible to keep the Premises in good repair and safe for individuals lawfully on the Premises.

Goff Law Group LLC
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107• 203.399-0000
Juris # 438704

Goff Law Group LLC
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203.399-0000
Juris # 438704

6. On or about April 1, 2021, and for some time prior thereto, there existed upon the Premises a hazardous and defective condition in that a raised portion of concrete colored similarly to the normal walking surface protruded around the base of a structural pillar near the entrance to the building, forming a tripping hazard, and which Defendants exacerbated by creating a temporary walking lane using blue tape and makeshift bollards that had the effect of guiding patrons such as the Plaintiff into the tripping hazard.

7. Defendants knew or should have known that the dangerous and defective condition of the premises could be expected to cause injury to individuals walking lawfully on the Premises, such as the Plaintiff.

8. On or about April 1, 2021, was lawfully upon the aforesaid Premises when she was suddenly caused to fall due to the dangerous and defective condition of the walking surface on the Premises as aforesaid (hereinafter the "Incident").

8. As a result of the Incident, the plaintiff was caused to sustain and suffer the personal injuries and losses hereinafter set forth.

9. The aforesaid Incident, and the personal injuries and losses sustained by the plaintiff, Clara Sikorski, were caused by the negligence and carelessness of the Defendants in one or more of the following ways:

    a. in that they failed to exercise due care to keep the premises in a safe condition,

    b. in that they failed to properly and safely maintain the premises,

    c. in that they failed to provide a safe walking surface for those lawfully on the Premises, such as the Plaintiff,

    d. in that they created and/or allowed there to be a portion of the walking path where individuals such as the Plaintiff would be expected to walk with a raised concrete portion that presented a tripping hazard,

Goff Law Group LLC
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203.399-0000
Juris # 438704

  e. in that they created a defective condition by setting up a temporary and artificial walking path, guiding individuals such as the Plaintiff into the areas of raised concrete without warning thereof,

  f. in that they provided inadequate lighting in the area such that the height difference of the raised concrete area was difficult for individuals such as the Plaintiff to observe,

  g. in that they knew or should have known of the presence of said dangerous conditions and, nevertheless, failed to remove and/or remedy same;

  h. in that they failed to prevent individuals from walking in the area where the defective condition was located,

  i. in that they failed to warn individuals reasonably expected to be walking in the area of the defective condition, such as the Plaintiff, about the defect,

  j. in that it failed to properly inspect the property to ensure that it was clear of any defects or dangerous conditions;

  k. in that they allowed or permitted the dangerous and defective condition of the premises to exist for an unreasonable period of time.

9. As a result of negligence and carelessness of the Defendants, the plaintiff, Clara Sikorski, sustained and suffered the following personal injuries and losses, some or all of which may be permanent in nature:

  a. a triquetal fracture of the right wrist,

  b. sprains, strains and contusion to the right upper extremity, including contusions and sprains of the shoulder, elbow and hand,

  c. head injury including contusion and hematoma,

  d. left knee injury,

10. As a further result of this incident, the plaintiff has been forced to incur financial obligations for medical care and treatment and diagnostic studies, and will likely be obligated for further such sums in the future, all to his further loss and detriment.

11. As a further result thereof, the Plaintiff has endured physical and mental pain and suffering, an inability to engage in her usual activities and a loss of enjoyment of life's activities.

**WHEREFORE**, the plaintiff claims:

1. Monetary damages;

2. Interest and Costs; and

3. Such other and further relief as the Court may deem fair and equitable.

                                          THE PLAINTIFF,
                                          CLARA SIKORSKI

BY _____
     Brian Tetreault
     Goff Law Group LLC
     75 Brace Road
     West Hartford, CT  06107
     Tel: 203-399-0000
     Fax: 203-295-3666
     Juris # 438704

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

*Goff Law Group LLC*
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203.399-0000
Juris # 438704

- 5 -

| | | |
|---|---|---|
| **RETURN DATE: FEBRUARY 15, 2022** | : | **SUPERIOR COURT** |
| | : | |
| **CLARA SIKORSKI** | : | **J.D. OF FAIRFIELD** |
| | : | |
| **V.** | : | **AT BRIDGEPORT** |
| | : | |
| **WAL-MART REAL ESTATE BUSINESS TRUST** | : | **DECEMBER 28, 2021** |
| **WALMART STORES EAST, INC.** | | |
| **WALMART, INC.** | | |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
CLARA SIKORSKI

BY _/s/ Brian Tetreault_
Brian Tetreault
Goff Law Group LLC
75 Brace Road
West Hartford, CT 06107
Tel: 203-399-0000
Fax: 203-295-3666
Juris # 438704

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

Goff Law Group LLC
75 BRACE ROAD, WEST HARTFORD, CONNECTICUT 06107 • 203.399-0000
Juris # 438704